IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FAIRVIEW TITANS JR. FOOTBALL ) <br> ASSOCIATION, a Tennessee Not For Profit ) <br> Corp., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROGERS ANDERSON, ) <br> ) <br> Defendant. ) | Civil No. 3:05-0621 <br> Judge Trauger <br> Magistrate Judge Griffin |

## **O R D E R**

On September 11, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the Motion for Summary Judgment filed by defendant Anderson be granted and that this case be dismissed with prejudice (Docket No. 33). No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion for Summary Judgment filed by defendant Anderson (Docket No. 21) is **GRANTED**, and defendant Anderson is **DISMISSED** from this action. Because the only other defendant has previously been dismissed (Docket No. 12), it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 28th day of September 2006.

_____
ALETA A. TRAUGER
U.S. District Judge